

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KINGVISION PAY-PER-VIEW LTD.,
as Broadcast Licensee of the November 13, 2004
Ruiz/Golota Program,

                                Plaintiff,                    05 CV 3682 (SJ)(RML)

  - against -                                         **ORDER**

RAFAEL DEJESUS, *et al.*,

                                Defendants.
------------------------------------------------------------X

A P P E A R A N C E S:
LONSTEIN LAW OFFICE, P.C.
Julie Cohen Lonstein, Esq.
1 Terrace Hill, Box 351
Ellenville, NY 12428
Attorney for Plaintiff

JOHNSON, Senior District Judge:

      The Summons and Complaint in this action having been duly served on August 23, 2005, on the above-named defendants, Rafael DeJesus, individually and as officer, director, shareholder, and/or principle of Punto Latino Restaurant Corp. d/b/a Punto Latino, and Punto Latino Restaurant Corp. a/k/a Punto Latino ("Defendants"), and Defendants having failed to plead or otherwise defend in this action, and the default of Defendants having been duly noted, and upon the certification of Defendants' default by the Clerk of the Court on December 29, 2005, now on motion of Plaintiff, it is

hereby:

ORDERED, ADJUDGED and DECREED that judgment be entered in favor of Plaintiff and against Defendants Rafael DeJesus, individually and as officer, director, shareholder, and/or principle of Punto Latino Restaurant Corp. d/b/a Punto Latino, and Punto Latino Restaurant Corp. a/k/a Punto Latino in this action and

ORDERED that this matter be referred to Magistrate Judge Robert M. Levy to report and recommend appropriate relief, including, but not limited to, the amount of damages to be awarded to Plaintiff, plus attorneys' fees and costs, as well as all other relief as demanded in Plaintiff's Complaint.

SO ORDERED.

Dated: January 14, 2006
Brooklyn, NY

s/SJ
Senior U.S.D.J.